# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

GERARDO HERNANDEZ, ET AL

## WARRANT FOR ARREST

CASE NUMBER: 98-721-CR-JAL(s)(s)

FILED by _____ D.C.
MAG. SEC.

MAY - 7 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S D. OF FLA. MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN PABLO ROQUE, a/k/a "German"
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to commit an offense against the United States; and acting as an agent of a foreign government without prior notification tot he Attorney General;

in violation of Title __18__ United States Code, Sections(s) 371, 951, and 2; and 28 C.F.R. §§ 7301 et seq.

TED E. BANDSTRA
_____
Name of Issuing officer

MAGISTRATE JUDGE
BANDSTRA
_____
Title of Issuing Officer

_____T.e.Dle~_____
Signature of Issuing Officer

5/7/99   Miami, Fl.
_____
Date and Location

Bail fixed at $ PTD _____   by

TED E. BANDSTRA
_____
Name of Judicial officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## BOND RECOMMENDATION

DEFENDANT          JUAN PABLO ROQUE, a/k/a "German"

Pre-trial Detention                          (Surety, Recognizance, Corp. Surety, Cash)
                                             (Jail)  (On Bond)  (Warrant)  (Summons)
                                             (Marshal's Custody)


                                             CAROLINE HECK MILLER
                                             ASSISTANT UNITED STATES ATTORNEY
                                             FLORIDA BAR NO.  322369


Last Known Address:          _____

                             _____

What Facility:               _____

Agent:            S/A RAUL FERNANDEZ_____
                  (FBI)(SECRET SERVICE)(DEA)(IRS)(CUSTOMS)(OTHER)